JS-6

Keaton & Associates, P.C.
1278 Northwest Highway, Suite 903
Palatine, IL 60067
Tel: (847) 934-6500
Fax: (847) 934-6508
email: keaton@pacatrust.com

Edwin C. Schreiber, SBN 41066
Eric A. Schreiber, SBN 194851
SCHREIBER & SCHREIBER, INC.
16501 Ventura Boulevard, Suite 401
Encino, California 91436-2068

Tel: (818) 789-2577
Fax: (818) 789-3391
email: ed@schreiberlawfirm.com

Attorneys for Plaintiff Costal Sunbelt Produce Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTAL SUNBELT PRODUCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> HAMLET GROUP, INC. ETC. ET. AL. <br><br> Defendants, | Case No. 2:10-CV-04469-VBF (SSx) <br><br> ORDER THAT MATTER BE DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY <br><br> Hon: Valerie Baker Fairbank <br> United States District Judge |

Upon considering the STIPULATION THAT MATTER BE DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS TO ANY PARTY, and GOOD CAUSE APPEARING, it is ORDERED that the above

1 | entitled matter is dismissed without prejudice with each party to bear his
2 | or its own costs and attorney fees.
3 |     Dated: August 22, 2011

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
United States District Judge

---

2

ORDER FOR DISMISSAL

# CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5–3.3 on August 19, 2011.

/s/
Edwin C. Schreiber